**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Violation No.: 13-PO-00146-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MEGAN LEIGH WILLIAMS-DURANT,**

**Defendant.**

---

**ORDER FOR RELEASE FROM CUSTODY**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was arrested on a Warrant due to Failure to Appear.

At the hearing before the Magistrate Judge on February 27, 2014, the parties proceeded with a Plea Agreement and the Defendant was sentenced to serve 4 days with credit for time served of 4 days, therefore:

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal's Service.

**DATED:   February 27, 2014.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**