# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 13-PO-00146-DLW US MARSHAL NO.: 40224-013 |
| MEGAN LEIGH WILLIAMS-DURANT | Paul Padilla (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 113(a)(5) and 1152 | Simple Assault, Committed in Indian Country | 12/14/13 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 27, 2014
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 29, 2014
Date

DEFENDANT:  MEGAN LEIGH WILLIAMS-DURANT
CASE NUMBER:  13-PO-00146-DLW                          Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four (4) days with credit for time served of four (4) days.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal

DEFENDANT:  MEGAN LEIGH WILLIAMS-DURANT
CASE NUMBER:  13-PO-00146-DLW                                        Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| One | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT:  MEGAN LEIGH WILLIAMS-DURANT
CASE NUMBER:  13-PO-00146-DLW

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

On or before February 28, 2015.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.